## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL A. CONNOLLY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No.   2:19-cv-00510-GZS |
| ) | |
| DON DORRIS d/b/a Postal Fleet ) | |
| Services, ) | |
| ) | |
| Defendant ) | |

## ORDER ON RECOMMENDED DECISION ON OBJECTION TO NOTICE OF REMOVAL

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 16) filed January 14, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Objection to Defendant's Notice of Removal (ECF No. 9) is hereby **OVERRULED**.

    /s/ George Z. Singal
United States District Judge

Dated this 4th day of June, 2020.