# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL A. CONNOLLY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DON DORRIS d/b/a Postal Fleet )<br>Services, Inc. )<br>)<br>Defendant ) | No.   2:19-cv-00510-GZS |

## ORDER ON RECOMMENDED DECISION ON OBJECTION TO NOTICE OF REMOVAL

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 25) filed June 17, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED** as to all of Plaintiff's claims except Plaintiff's claim under 26 MRS § 833(1)(D) against Defendant Postal Fleet Services, Inc., which is hereby **DENIED**.

                                                         /s/ George Z. Singal  
                                                         United States District Judge

Dated this 15th day of June, 2020.